# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR4210-GPC |
|---|---|
| Plaintiff, | |
| vs. | AMENDED JUDGMENT OF DISMISSAL |
| Karen Guadalupe Ramirez-Nevarez, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II)(a)(1)(B)(i)

Dated: 2/1/2019

Hon. Linda Lopez
United States District Judge